IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
2012 JUL 11 PM 5:13
CLERK_____
SO. DIST. OF GA.

KEITH HENDERSON,

    Plaintiff,

v.

CIVIL ACTION NO.: CV312-029

W. LEON BARFIELD, U.S. Magistrate Judge, and DUDLEY H. BOWEN, JR., United States District Judge,

    Defendants.

## ORDER

Plaintiff Keith Henderson ("Plaintiff"), an inmate currently incarcerated at Baldwin State Prison in Hardwick, Georgia, filed an action ostensibly under 42 U.S.C. § 1983 against two Defendants, both of whom are judges, seeking monetary damages. Plaintiff then filed his First Motion for Summary Judgment. In a Report dated June 15, 2012, Magistrate Judge James E. Graham ("the Magistrate Judge") recommended dismissal of Plaintiff's Complaint on the basis that Defendants are immune from suit. Plaintiff then filed his Second Motion for Summary Judgment. Shortly thereafter, Plaintiff filed his Third Motion for Summary Judgment, which also contained Objections to the Magistrate Judge's Report. After an independent and de novo review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.

Plaintiff has sued Magistrate Judge W. Leon Barfield and District Judge Dudley H. Bowen, Jr. As discussed in Bolin v. Story, 225 F.3d 1234, 1239 (11th Cir. 2000), and in the Magistrate Judge's Report, judges are entitled to absolute immunity for all judicial

AO 72A
(Rev. 8/82)

acts taken within their jurisdiction. This immunity provides judges blanket protection against civil suits regarding any act or decision made while acting in their judicial capacity. Id. Plaintiff alleges that Defendants, by dismissing his previous cases, unconstitutionally denied him access to the courts and based their dismissals on racial prejudice. Plaintiff alleges that such denials also constituted false imprisonment and cruel and unusual punishment. Magistrate Judge Graham correctly determined that Plaintiff's claims stem from actions taken by each Defendant in his capacity as a federal judge. Consequently, Plaintiff's claims are barred by judicial immunity.

In his Objections, found in his Third Motion for Summary Judgment, Plaintiff claims that Magistrate Judge Graham recommended dismissal of his Complaint based on bias and racial discrimination. Magistrate Judge Graham clearly recommended dismissal based on Defendants' entitlement to judicial immunity. Plaintiff's Objections to Magistrate Judge Graham's Report and Recommendation are without merit and are **overruled**. The Report and Recommendation of Magistrate Judge Graham is adopted as the Opinion of the Court. Plaintiff's Complaint is **DISMISSED**. Plaintiff's three Motions for Summary Judgment are **DISMISSED** as moot. The Clerk is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this \_\_11\_\_ day of \_\_July\_\_, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA